**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **MARY A. SEALE,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:11-cv-028-O |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | § § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 24). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the hearing decision is reversed and this case is remanded to the Commissioner of Social Security for further proceedings consistent with this opinion.

**SO ORDERED** on this **27th day** of **March, 2012.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**